```
PROB 12C
(6/16)
```
Report Date: December 19, 2019

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 19, 2019

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Molly Margaret Brown | Case Number: 0980 4:15CR06022-EFS-1 |
| Address of Offender: | Washington 99201 |

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: October 4, 2016

| | |
|---|---|
| Original Offense: | Conspiracy to Distribute 50 grams or More of Actual Methamphetamine, 21 U.S.C. §§ 841(a)(1), (b)(1)(A) (iii) and 846 |
| Original Sentence: | Prison - 65 months<br>TSR - 60 months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Benjamin David Seal |
| | Date Supervision Commenced: November 19, 2018 |
| Defense Attorney: | Federal Defender's Office |
| | Date Supervision Expires: November 18, 2023 |

### PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 21**: The defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Ms. Brown is alleged to have violated her conditions of supervised release by using methamphetamine on December 9, 2019.<br><br>Ms. Brown signed her judgment on November 20, 2018, relative to case number 2:15CR06022-EFS-1, acknowledging an understanding of her conditions of supervision, to include special condition number 21, prohibiting the use of illegal controlled substances.<br><br>On December 9, 2019, the color of the day for urinalysis testing at Pioneer Human Services was gold 1, Ms. Brown's assigned color for urinalysis testing.  She provided a urine sample that was positive for methamphetamine, which was confirmed by Alere Toxicology. |

Prob12C
**Re: Brown, Molly Margaret**
**December 19, 2019**
**Page 2**

    2    **Special Condition # 21**: The defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

    **Supporting Evidence**: Ms. Brown is alleged to have violated her conditions of supervised release by using methamphetamine on December 16, 2019.

    Ms. Brown signed her judgment on November 20, 2018, relative to case number 2:15CR06022-EFS-1, acknowledging an understanding of her conditions of supervision, to include special condition number 21, prohibiting the use of illegal controlled substances.

    On December 17, 2019, Ms. Brown reported to the probation office at the direction of the undersigned officer. A random urinalysis test was requested. Ms. Brown told the undersigned officer that her urine sample would be "dirty," and admitted to using methamphetamine the day prior, December 16, 2019. She signed a drug use admission form.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    12/19/2019

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

December 19, 2019

Date