PROB 12C
(6/16)

Report Date: May 19, 2021

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**May 25, 2021**

SEAN F. McAVOY, CLERK

**Petition for Warrant or Summons for Offender Under Supervision**

| | |
|---|---|
| Name of Offender: Molly Margaret Brown | Case Number: 0980 4:15CR06022-EFS-1 |
| Address of Offender: | Washington 99201 |

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: October 4, 2016

Original Offense:     Conspiracy to Distribute 50 Grams or More of Actual Methamphetamine, 21 U.S.C. §§ 841(a)(1), (b)(1)(A) (iii) and 846

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 65 months<br>TSR - 60 months | Type of Supervision: Supervised Release | |
| Asst. U.S. Attorney: | Benjamin David Seal | Date Supervision Commenced: November 19, 2018 | |
| Defense Attorney: | Jeremy B. Sporn | Date Supervision Expires: November 18, 2023 | |

**PETITIONING THE COURT**

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

        1        **Standard Condition # 2**: The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

**Supporting Evidence**: It is alleged that Molly Brown is in violation of her conditions of supervised release by being in possession of heroin, cocaine, methamphetamine, and fentanyl pills

Ms. Brown signed her judgment on November 20, 2018, relative to case number 4:15CR06022-EFS-1, acknowledging an understanding of her conditions of supervision, to include standard condition number 2, prohibiting the use of illegal controlled substances.

On May 19, 2021, the undersigned officer received a telephone call from a detective with the Spokane Police Department.  The detective informed the undersigned officer that a search warrant was executed on Ms. Brown's residence.  During the execution of said search warrant, the detective advised the undersigned officer that approximately 2 pounds of heroin,

Prob12C
Re: Brown, Molly
May 19, 2021
Page 2

1 ½ pounds of methamphetamine, 1/2 pound of cocaine, and 1,000 suspected fentynal pills were seized from her residence. The detective advised the undersigned officer that charges are forthcoming.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    05/19/2021

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Edward F. Shea

Signature of Judicial Officer

May 25, 2021

Date