PROB 12C
(6/16)

Report Date: July 27, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 29, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Molly Margaret Brown | Case Number: 0980 4:15CR06022-EFS-1 |
| Address of Offender: | |
| Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge | |
| Date of Original Sentence: October 4, 2016 | |
| Original Offense: | Conspiracy to Distribute 50 Grams or More of Actual Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(A) (iii) and 846 |
| Original Sentence: Prison - 65 months<br>TSR - 60 months | Type of Supervision: Probation |
| Asst. U.S. Attorney: Benjamin David Seal | Date Supervision Commenced: November 19, 2018 |
| Defense Attorney: Federal Defenders Office | Date Supervision Expires: November 18, 2023 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 05/25/2021.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Standard Condition # 1**: The defendant shall not commit another federal, state or local crime. |
| | **Supporting Evidence**: It is alleged that Ms. Brown violated her conditions of supervised release by being indicted on a new federal crime; 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), and 846, Conspiracy to Distribute 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, on May 26, 2021. |
| | Ms. Brown signed her judgment on November 20, 2018, relative to case number 4:15CR06022-EFS-1, acknowledging an understanding of her conditions of supervision, to include standard condition number 1, prohibiting Ms. Brown from committing another federal, state, or local crime. |
| | On May 26, 2021, Ms. Brown was indicted on the above-mentioned charges. The indictment states that on a date unknown, but by on or about September 2020, and continuing to on or about May 19, 2021, in the Eastern District of Washington and elsewhere, Molly Margaret Brown and other individuals, both known and unknown, "did knowingly and intentionally |

Prob12C  
**Re: Brown, Molly**  
**July 27, 2021**  
**Page 2**

combine, conspire, confederate and agree together with each other to commit the following offense: Distribution of 500 Grams or More of Methamphetamine, a Schedule II Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), and 846."

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   07/27/2021

s/Corey M. McCain

Corey M. McCain  
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action  
[ ]   The Issuance of a Warrant  
[ ]   The Issuance of a Summons  
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.  
[ ]   Defendant to appear before the Judge assigned to the case.  
[X]   Defendant to appear before the Magistrate Judge.  
[ ]   Other

_Edward F. Shea_

Signature of Judicial Officer

7/29/2021

Date