PROB 12C
(6/16)

Report Date: May 25, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 27, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Molly Brown | Case Number: 0980 4:15CR06022-EFS-1 |
| Address of Offender: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Yakima, WA 98901 | |

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: October 4, 2016

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Distribute 50 grams or More of Actual Methamphetamine, 21 U.S.C. §§ 841(a)(1), (b)(1)(A) (iii) and 846 | |
| Original Sentence: | Prison - 65 months; TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: November 19, 2018 |
| Defense Attorney: | Walter Lynn Ayers | Date Supervision Expires: November 18, 2023 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 05/25/2021, and 07/29/2021.

Ms. Brown signed her judgment on November 20, 2018, relative to case number 4:15CR06022-EFS-1, acknowledging an understanding of her conditions of supervision, to include standard condition number 1, prohibiting Ms. Brown from committing another federal, state, or local crime.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Standard Condition #1**: The defendant shall not commit another federal, state or local crime.<br><br>**Supporting Evidence**: On February 15, 2022, a superseding indictment was filed with the Court. It is alleged Ms. Brown is in violation of her conditions of supervised release for being charged with the following crimes: Distribution of 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, a Schedule II Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii) and 846; Distribution of 1 Kilogram or More of Heroin, a Schedule I Controlled Substance, in violation of 21 U.S.C. §§ 841 (a)(1), (B)(1)(A)(I) and 846; Distribution of 400 Grams or More of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamade (a/k/a Fentanyl), a Schedule II Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(vi) and |

Prob12C  
Re: Brown, Molly  
May 25, 2022  
Page 2

846; and Distribution of 5 Kilograms or More of a Mixture or Substance Containing a Detectable Amount of Cocaine, a schedule II controlled substance, in violation of 21 U.S.C. §§ 841 (a)(1), (b)(1)(A)(ii) and 846.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   May 25, 2022

s/Corey M. McCain

Corey M. McCain  
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action  
[ ]   The Issuance of a Warrant  
[ ]   The Issuance of a Summons  
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.  
[ ]   Defendant to appear before the Judge assigned to the case.  
[X]   Defendant to appear before the Magistrate Judge.  
[ ]   Other

*Edward F. Shea*

Signature of Judicial Officer

5/27/2022

Date